**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OFFICE OF SPECIAL MASTERS

```
*****************************
VICTORIA LEE,                    *
                                 *
          Petitioner,            *     15 - 920 V
                                 *
v.                               *     No. ___-___V
                                 *     Special Master
SECRETARY OF THE DEPARTMENT OF   *
HEALTH AND HUMAND SERVICES,      *
                                 *
          Respondent.            *
*****************************
```

### PETITION FOR VACCINE COMPENSATION

The petitioner, Victoria Lee ("Victoria"), requests compensation in the National Vaccine Injury Compensation Program[1] for injuries resulting from the administration of an influenza ("flu") vaccination. As a result of receiving this vaccination on November 15, 2012, Victoria developed right-sided frozen shoulder.

### FACTS

1. Victoria received the flu vaccination on Sept. 11, 2012.

2. Subsequent to receiving this vaccination, Victoria developed right-sided frozen shoulder.

3. Victoria's injury is the result of the flu vaccination she

---

[1] The statutory provisions governing the Vaccine Program are found in 42 U.S.C.A. §§ 300aa-1 et seq. (West Supp. 2002)("the Vaccine Act").

received on Sept. 11, 2012.

4. Petitioner received a vaccine set forth in the Vaccine Injury Table.

5. Petitioner received the vaccine in the United States.

6. No lawsuits have been filed or settlements or awards accepted by anyone, including petitioner, due to Victoria's vaccine-related injuries.

## AFFIDAVITS AND DOCUMENTS IN SUPPORT OF THE PETITION

7. Documents and affidavits have been requested and will be submitted in support of the petition once they are received.

## CONCLUSION

Petitioner demands compensation for all benefits provided by the Vaccine Act.


**DATED**: August 21, 2015


Respectfully submitted,

*Victoria Lee*
Victoria Lee
3754 Morningside Drive
Richmond, CA 94803
Phone: 510-882-2330
Email: drlee@coupleswisdom.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, two copies of the **PETITION FOR VACCINE COMPENSATION** were sent by U.S. mail, postage paid, to:

>**Secretary of Health and Human Services**
>c/o Director
>Division of Vaccine Injury Compensation
>Office of Special Programs
>Health Resources and Services Administration
>5600 Fishers Lane, Room 11C-26
>Rockville, Maryland  20857

*Victoria Lee*
Victoria Lee
3754 Morningside Drive
Richmond, CA 94803
Phone: 510-882-2330
Email: drlee@coupleswisdom.com