**ORIGINAL**

**In The United States Court of Federal Claims**

**FILED**
AUG 24 2015

OSM
U.S. COURT OF
FEDERAL CLAIMS

**Cover Sheet**

Plaintiff(s) or Petitioner(s):

__ **Victoria Lee**, petitioner _____

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

15 - 920 V

Name of the attorney of record: [See RCFC 81(d)] __ **Victoria Lee**_____
Firm Name: _____**PRO SE**_____
Post Office Box: _____
Street Address: _____**3754 Morningside Drive**_____
City-State-Zip: _____**Richmond, CA 94803**_____
Telephone & Telecopier Numbers: _____**510-882-2330**_____
Is the attorney of record admitted to the Court of Federal Claims Bar? _____**NO**_____
If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code:   **494**
Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

_____

Government Agency Involved: **HHS**
See attached sheet for three digit code.

Amount Claimed: $ **(to be determined)**
If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)_____**Sept. 11, 2012**_____

If this is case related to any pending or previous case you are required to file a separate notice of related case(s). See RCFC 77(f)(2) (General Order No. 36)