**ORIGINAL**

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 15-920V
Filed: December 2, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICTORIA LEE,

    Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

    Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
DEC - 2 2015
OSM
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Per petitioner's oral request on December 2, 2015 the initial status conference scheduled for December 4, 2015 is rescheduled for **Wednesday, January 20, 2016, at 2:00 p.m. (EST)**. The conference call will be initiated by the Court and the call will be digitally recorded.

Should you have any additional questions, you may contact the undersigned's law clerk, Julia Parnell, at (202) 357-6356.

**IT IS SO ORDERED.**

Dated: December 2, 2015

                                                      Laura D. Millman
                                                      Special Master